TONY BARONE, as Administrator of the Estate of WERNER J. KAISER, Deceased, Plaintiff, v. DELAWARE AND HUDSON RAILROAD CORPORATION, Defendant and Third-Party Plaintiff-Respondent. NEW YORK STATE ELECTRIC & GAS CORPORATION, Third-Party Defendant-Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.